

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00880-CV

**IN THE INTEREST OF M.N.R.**, a Child

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 24-02-43151-MCVAJA
Honorable Amado J. Abascal III, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment terminating Mother's parental rights is AFFIRMED.

SIGNED April 23, 2025.

_____
Velia J. Meza, Justice